Opinion filed May 18, 2006












 
 
  
 
 







 
 
  
 
 




Opinion filed May 18, 2006

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-06-00029-CV 

 

                                                    __________

 

CARROLL THOMAS, J. MILES BOLDRICK
d/b/a STATEWIDE MINERALS CO., RALPH G. ANDERSON, AND JAMES P. BOLDRICK, Appellants

 

                                                             V.

 

                       BTA
OIL PRODUCERS, A PARTNERSHIP, AND 

CHEVRON/TEXACO, Appellees

 



 

                                         On
Appeal from the 238th District Court

 

                                                         Midland County, Texas

 

                                                Trial
Court Cause No. CV-44,500

 



 

                                              M
E M O R A N D U M   O P I N I O N

Carroll Thomas, J. Miles Boldrick d/b/a Statewide
Minerals Co., Ralph G. Anderson, and James P. Boldrick have filed in this court
a motion to dismiss their appeal as to Chevron/Texaco.  In the motion, appellants state that all
maters between Chevron/Texaco and them have been resolved.  Chevron/Texaco has agreed to the motion.  The motion is granted.








The appeal as to Chevron/Texaco is dismissed.  We note that the appeal as to BTA Oil
Producers, a Partnership, is still active, and appellants= brief is due to be filed in this court
on or before May 31, 2006.

 

PER CURIAM

 

May 18, 2006

Panel consists of: Wright, C.J., and McCall, J.

Strange, J., not participating.